47 A.3d 668

IN THE MATTER OF MARK H. JAFFE, AN ATTORNEY
AT LAW (ATTORNEY NO. 029991988).

July 18, 2012.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 11–433, concluding that **MARK H. JAFFE** of **PRINCETON,** who was admitted to the bar of this State in 1988, should be reprimanded for violating *RPC* 3.3(a)(1) (knowingly making a false statement of material fact or law to a tribunal), *RPC* 3.3(a)(5) (failure to disclose to a tribunal a material fact knowing that the omission is reasonably certain to mislead the tribunal), and *RPC* 3.3(d)(in an *ex parte* proceeding, a lawyer shall inform the tribunal of all relevant facts known to the lawyer that should be disclosed to permit the tribunal to make an informed decision, whether or not the facts are adverse), and good cause appearing;

It is ORDERED that **MARK H. JAFFE** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.